**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Clinton Wright,

Plaintiff,

v.

Crown Cork & Seal Company, Inc.,

Defendant.

Civil No. 01-2019 MJD/JGL

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

**STIPULATION**

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: Feb 18, 2002

NEATON, PUKLICH & KLASSEN

Michael L. Puklich
Attorney Registration No. 0250661

Suite 620, 601 Carlson Parkway
Minnetonka, MN 55305
(952) 258-8444

Attorneys for Plaintiff

FEB 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 13, 2002

FAEGRE & BENSON LLP

Kristen Ludgate

Mary E. Stumo
Attorney Registration No. 122440
Kristen M. Ludgate
Attorney Registration No. 286965

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendants

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: Feb 21, 2002

Michael J. Davis

The Honorable Michael J. Davis
United States District Court Judge

M1:834870.01